712 A.2d 756

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Fred Edward CONNOLLY, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 10, 1998.

Decided July 21, 1998.

Warner Mariani, Pittsburgh, for Fred E. Connolly.

Michael W. Streily, Pittsburgh, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

This appeal is dismissed as having been Improvidently Granted.